IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TYSON BLUE, on behalf of himself and all others similarly situated, | ) CASE NO.: 3:24-cv-00836 )   ) JUDGE JACK ZOUHARY |
| Plaintiff, | ) ) |
| V. | ) **ORDER** ) |
| INOAC EXTERIOR SYSTMS, LLC | ) ) |
| Defendant. | ) ) ) |

NOW, this _____ day of _____, 2025, IT IS HEREBY ORDERED that Plaintiff's Motion for Court-Supervised Notice to Opt-In Plaintiffs, Tolling, and Expedited Opt-In Discovery is GRANTED and the parties shall proceed as follows:

1) Within 14 days of this Order, Defendant shall fully answer Plaintiff's Expedited Opt-In Discovery, and shall provide to Plaintiff and the Court an Excel spreadsheet containing the name, last known home address (including zip code), last known telephone number, last known email address, and employment dates (in Microsoft Office Excel format) of all former and current non-exempt hourly manufacturing/production employees of INOAC Exterior Systems, LLC employed at the Fremont, Ohio facility between May 9, 2021 and April 30, 2025;

2) Plaintiff's Proposed Important Notice to Potential Class Members, attached to Plaintiff's Motion as Exhibit 6 is approved; and

3) Within 30 days of receiving the Defendant's Answers to Plaintiff's Expedited Opt-In Discovery, Plaintiff's Counsel shall mail and text the Notice to all putative class members.

_____
HONORABLE JUDGE JACK ZOUHARY