# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Tyson Blue, on behalf of himself and all others similarly situated, | : | Case No. 3:24-CV-00836 |
| | : | Honorable Judge Jack Zouhary |
| Plaintiff, | : | |
| vs. | : | **NOTICE OF FILING IMPORTANT NOTICE TO POTENTIAL CLASS MEMBERS** |
| INOAC Exterior Systems, LLC, | : | |
| Defendant. | : | |

Plaintiff Tyson Blue hereby gives notice of filing Important Notice to Potential Class Members. This Honorable Court previously approved Plaintiff's Notice in its December 8, 2025 Order Approving Class Action Notice, Tolling, and Discovery (Doc. 22). The Notice was modified only to include the date of mailing and the opt-in deadline date. Plaintiff will mail the Notice to all Potential Class Members identified by Defendant on January 30, 2026 and the Opt-In Dealine will be March 16, 2026 (45 days after mailing).

Respectfully submitted,

 /s/ Chastity L. Christy
Chastity L. Christy (0076977)
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
chastity@lazzarolawfirm.com
anthony@lazzarolawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2026 a copy of the foregoing was sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ Chastity L. Christy<br>One of the Attorneys for Plaintiff