January 30, 2026

**IMPORTANT NOTICE TO POTENTIAL CLASS MEMBERS**

AUTHORIZED BY JUDGE JACK ZOUHARY OF THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO WESTERN DIVISION

TO: All former and current non-exempt hourly manufacturing/production employees of INOAC Exterior Systems, LLC employed at the Fremont, Ohio facility between May 9, 2021 and April 30, 2025.

RE: Your right to join a collective action seeking to recover unpaid overtime compensation.

### 1. PURPOSE OF THIS NOTICE

This Notice informs you of a collective action that has been filed under the Fair Labor Standards Act ("FLSA"), advises you of your rights as a class member, and tells you how you can be included in the action. If you wish to be included in this collective action, you must sign and return the enclosed Consent Form as explained below.

### 2. DESCRIPTION OF THE ACTION

On May 9, 2023, this collective action was filed against INOAC Exterior Systems, LLC ("INOAC") in the U.S. District Court for the Northern District of Ohio, Western Division, Case No. 3:24-CV-00836. The action was filed on behalf of named Plaintiff Tyson Blue and all other similarly-situated individuals.

Plaintiff Tyson Blue was employed by INOAC as a non-exempt hourly manufacturing/production employee. Plaintiff alleges that INOAC violated the FLSA by failing to pay non-exempt hourly manufacturing/production employees for all hours worked. Plaintiff alleges that he and other similarly situated manufacturing/production employees were only paid for work performed between their scheduled shift start and stop times, and were not paid for: a) obtaining and changing into and out of their personal protective equipment, including, but not limited to, safety glasses, gloves, earplugs, paint suit, company issued shirts, steel-toed boots, and/or respirator; b) getting work instructions and/or assignments before their shift; c) twice a month all employee company meetings; d) walking to and from their assigned area of the manufacturing/production floor; e) performing their production/manufacturing work; and/or f) showering after their shifts

Plaintiff alleges that he and all other similarly-situated individuals are entitled to recover from INOAC: (a) unpaid overtime compensation; (b) liquidated damages; (c) attorneys' fees; and (d) costs under the FLSA. INOAC has denied these claims and believes it has properly paid employees.

The Court has not yet decided whether Plaintiff or INOAC is correct. The right to recover these wages for any Plaintiff has not been established and is not guaranteed or certain.

### 3. YOUR RIGHT TO PARTICIPATE IN THIS ACTION

Plaintiff seeks to sue not only for himself, but also for other persons with whom he is similarly situated. Plaintiff alleges that those individuals are former and current non-exempt hourly manufacturing/production employees of INOAC Exterior Systems, LLC employed at the Fremont, Ohio facility between May 9, 2021 and April 30, 2025. If you fit this definition, you may have the right to participate in this action.

### 4. HOW TO PARTICIPATE IN THIS ACTION

To join this collective action, you must sign and return the enclosed "Consent Form." You can return the Consent Form by: (a) signing it electronically (eSigning) via PDF; (b) mailing it to Plaintiff's counsel in the self-addressed and postage-prepaid envelope included with this Notice; (c) faxing the form to Plaintiff's counsel at 216-696-7005; (d) scanning the form and emailing it to Plaintiff's counsel at consent@lazzarolawfirm.com.

**The signed Consent Form must be eSigned, postmarked, faxed, or emailed by March 16, 2026.** It is important that you return the Consent Form as soon as possible because the time period for which you can seek payment for your unpaid wages will depend on when this form is filed with the Court. If you lose or misplace the enclosed Consent Form, or if you have any questions about filling out or returning the Consent Form, you may contact Plaintiff's counsel listed in paragraph 8 of this Notice.

### 5. NO RETALIATION PERMITTED

The law prohibits INOAC or any of its agents or employees from discharging you, or in any manner harassing, discriminating or retaliating against you for taking part in this collective action.

### 6. EFFECT OF JOINING THIS ACTION

If you join this collective action, you will be bound by any judgment that is rendered, whether favorable or unfavorable, and share in any recovery. You will also be bound by, and share in, any settlement that may be reached on behalf of the class.

By joining this action, you designate the named Representative Plaintiff as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning fees and costs, the entering into a settlement agreement with INOAC and all other matters pertaining to this action.

**The named Plaintiff in this matter has entered into a contingency fee agreement with Plaintiff's counsel, which means that if there is no recovery, there will be no attorneys' fees or costs chargeable to you.** If there is a recovery of wages, liquidated damages, and/or attorneys' fees and costs, Plaintiff's counsel will be paid whatever attorneys' fees and costs the Court orders or approves as fair and reasonable. The fees and costs will either be subtracted from the total recovery obtained from INOAC in the amount of thirty-three and one-third percent (33-1/3%) of your total recovery plus costs expended by Plaintiff's counsel on your behalf, or they may be paid separately by INOAC. If there is no recovery, Plaintiff's counsel will not be paid for their work on this case.

### 7. NO LEGAL EFFECT OF NOT JOINING THIS ACTION

If you choose not to join this action, you will not be bound by any judgment or settlement, whether favorable or unfavorable, and you will not share in any recovery. You will be free to file your own lawsuit; however, the pendency of this action will not stop the running of the statute of limitations as to any claims you may have until you file your own lawsuit.

### 8. YOUR LEGAL REPRESENTATION IF YOU JOIN

Chastity L. Christy
Anthony J. Lazzaro
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
chastity@lazzarolawfirm.com
anthony@lazzarolawfirm.com

### 9. INOAC Exterior Systems, LLC IS REPRESENTED BY

Heidi N. Hartman
Elizabeth L. Bolduc
Jade L. Robinson
One SeaGate, 27th Floor
Toledo, Ohio 43699
Phone: 419-241-6000
hnhartman@eastmansmith.com
elbolduc@eastmansmith.com
jlrobinson@eastmansmith.com

### 10. FURTHER INFORMATION

Further information about this Notice or the action may be obtained from Plaintiff's counsel at 216-696-5000. The call is free and confidential.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFF'S CLAIMS OR OF INOAC'S DEFENSES.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TYSON BLUE, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO.: 3:24-cv-00836 |
| Plaintiff, | ) ) ) | JUDGE JACK ZOUHARY |
| vs. | ) ) ) | |
| INOAC EXTERIOR SYSTEMS, LLC., | ) ) ) | |
| Defendant. | ) ) ) ) | |

**CONSENT FORM**

I hereby consent, agree, and opt-in to be a party Plaintiff in the above-captioned collective action.  I agree to be represented by The Lazzaro Law Firm, LLC and Representative Plaintiff.  I understand that by filing this consent, I will be bound by the judgment of the Court on all issues in this case.

Signature: _____   Date: _____

Print Name: _____   Phone: _____

Street Address: _____   Email: _____

City, State, Zip: _____

**eSign via PDF or return to:**
The Lazzaro Law Firm, LLC / The Heritage Building, Suite 250 / 34555 Chagrin Blvd. / Moreland Hills, Ohio 44022
Fax: 216-696-7005
Email: consent@lazzarolawfirm.com
**Must be signed, postmarked, faxed, or emailed by March 16, 2026.**